**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------

**No. 22-6658**

------

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

CORNELL AUGUSTUS MCKENZIE,

> Defendant - Appellant.

------

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:91-cr-00429-LO-1)

------

Submitted:  January 5, 2023                    Decided:  January 26, 2023

------

Before WILKINSON and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

------

Affirmed by unpublished per curiam opinion.

------

Cornell Augustus McKenzie, Appellant Pro Se.

------

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Cornell Augustus McKenzie appeals from the denial of his second motion for reconsideration of the district court's denial of his motion for compassionate release. The district court considered the motion on the merits and denied it. However, motions for reconsideration may not be used to revisit issues already addressed or advance arguments that could have been raised earlier. *JTH Tax v. Aime*, 984 F.3d 284, 290 (4th Cir. 2021). Here, McKenzie's motion for reconsideration raises claims not raised in the underlying motion for compassionate release. Accordingly, we modify the district court's order to show that the motion is denied for failure to raise a proper basis for reconsideration and affirm the order as modified. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*